In re Witkowski,; Maczka, Czeslaw; Bednarska, Jolanta; Plichta, Halina; Stel- *410 maszyk, Danuta; Plichta, Josef; Jaskows-ka, Jadwiga; Brekiewicz, Halina; Sobon’, Grazyna; Pawlowska, Urszula; Konieczny, Barbara; Bogusz, Barbara; Mazurowski, Boguslawa; Salamacha, Iwona; Paslawski, Jaroslaw; Szukalska, Elizbieta; Krysinska, Halina; Jezierska, Daria; Lipowska, Barbara; Jurszo, Anna; Wojciechowska, Ewa; Wojciechowska, Halina; Markun, Waclawa; Urbanowicz, Robert; Maczka, Tadeusz; Plichta, Mariusz; Paslawski, Krzysztof Marian; Lipowska, Ewa; Jurszo, Wojciec Ma-rek; — Plaintiff(s); applying for writ of cer-tiorari and/or review, supervisory and/or remedial; to the Court of Appeal, Fourth Circuit, Nos. 89CW-0255, 89CW-0257; Parish of Orleans, Civil District Court, Div. “L,” No. 88-15828.
Denied.
CALOGERO and LEMMON, JJ., would grant the writ.